UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Jessica Denise McKinstry,<br>Plaintiff,<br><br>v.<br><br>Nancy Berryhill,<br>Acting Commissioner Of<br>Social Security,<br>Defendant. | Civil Action No. 5:17-cv-00012<br><br>**Consent Order** |

This action being submitted to the Court for entry of a Consent Order agreed to by the Parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the Parties have agreed that Plaintiff, Jessica Denise McKinstry, is awarded attorney fees under the EAJA in the amount of $4,000.00 in full and final settlement of attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). In accordance with Plaintiff's corresponding Consent Motion, full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

It is therefore **ORDERED** that, pursuant to the above, the Commissioner pay the sum of $4,000.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

Signed: December 6, 2017

Graham C. Mullen
United States District Judge

**CONSENTED TO:**

| | |
|---|---|
| Date: November 27, 2017 | /s/ Amelia N. Patton |
| | Amelia N. Patton Bar Number: 31718 |
| | Attorney for Plaintiff |
| | Patton Law Offices, P.L.L.C. |
| | P.O. Box 565 |
| | 212 West Main Street |
| | Elkin, NC 28621 |
| | 336-844-2870 |
| | E-mail: apatton@pattonlawnc.com |
| Date: November 27, 2017 | /s/ Leah F. Golshani |
| | Leah F. Golshani |
| | Special Assistant United States Attorney |
| | Maryland Bar |
| | Attorney for Defendant |
| | Social Security Administration |
| | Office of the General Counsel |
| | 6401 Security Boulevard |
| | Altmeyer Building, Room 617 |
| | Baltimore, Maryland 21235-6401 |
| | 410-965-5718 |
| | Email: leah.golshani@ssa.gov |
| | *Attorney for Defendant* |